[No. 20252-6-III.   Division Three.   February 20, 2003.]

BISON MEDIA, INC., *Respondent*, v. KTSL, INC., *Defendant*, A.M. HOCHSTADT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-00191-1, James M. Murphy, J., entered May 14, 2001. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20260-7-III.   Division Three.   February 20, 2003.]

LARRY CARLSON, *Respondent*, v. LAKE CHELAN COMMUNITY HOSPITAL, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-2-00621-4, Lesley A. Allan, J., entered June 7, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J.; Sweeney, J., dissenting. Now published at 116 Wn. App. 718.

[No. 20727-7-III.   Division Three.   February 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK R. FRY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-1-00233-1, Robert L. Zagelow, J., entered November 13, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.

[No. 21462-1-III.   Division Three.   February 20, 2003.]

*In the Matter of the Personal Restraint of* SHANE MORRIS, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.